

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

Richard S. Mandel
(212) 790-9291
rsm@cll.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/3/2018__

December 29, 2017

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Defendants' time to answer is hereby extended until January 23, 2018.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/3/2018__
> New York, New York

Re:   Soft Serve Fruit Co. LLC v. BC Hospitality Group LLC et al., 17 CV 9735 (ER)

Dear Judge Ramos:

We have been retained as new counsel for Defendants BC Hospitality Group LLC and Esquared Hospitality LLC in place of current counsel Dentons US LLP. Pursuant to Local Civil Rule 1.4, we attach a stipulation and proposed order to substitute our firm as counsel, along with a supporting declaration. Plaintiff's counsel has indicated that plaintiff has no objection to the proposed substitution.

We also write to request that Defendants' time to answer the complaint in this case be extended from the current deadline of January 4, 2017 until January 23, 2017. There have been no previous requested extensions of this deadline. The request is made to allow us additional time to collect relevant factual information, as our firm has only recently been retained in this matter and our primary client contact is currently out of the country. Plaintiff's counsel has consented to the requested extension.

Finally, we wish to advise the Court that further to the December 15, 2017 letter from Defendants' prior counsel (Docket No. 8), the parties will be discussing a Stipulation and Proposed Order after the New Year with respect to a revised preliminary injunction schedule that will adjourn the dates for submission of further papers and the hearing currently scheduled for January 31, 2018. We will update the Court promptly once we have completed such discussions and seek the Court's approval of the parties' Stipulation and Proposed Order.

2382758v.1 31446/000

**Cowan, Liebowitz & Latman, P.C.**
Hon. Edgardo Ramos
December 29, 2017
Page 2

      While we expect to be able to reach agreement on the Stipulation and Proposed Order, each party reserves the right to make appropriate application to the Court in the event that the parties are unable to reach agreement on the terms of such Stipulation and Proposed Order.

Sincerely,

Richard S. Mandel

Encl.

cc:    Plaintiff's Counsel (via ECF)

2382758v.1 31446/000