```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:  1/3/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SOFT SERVE FRUIT CO. LLC,

                     Plaintiff,   :   17 CV 9735 (ER)

    -against-

BC HOSPITALITY GROUP LLC and   :   **STIPULATION AND ORDER**
ESQUARED HOSPITALITY LLC,          **OF SUBSTITUTION OF COUNSEL**

                  Defendants.
------------------------------------- x

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and among the undersigned that the law firm of Cowan, Liebowitz & Latman, P.C., 114 West 47th Street, New York, New York 10036-1525, be substituted as attorneys for Defendants BC Hospitality Group LLC and Esquared Hospitality LLC ("Defendants") in the above-entitled action, and that the law firm of Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020-1089, be relieved of further responsibility as attorneys for Defendants.

Dated: New York, New York
        December 27, 2017

COWAN, LIEBOWITZ & LATMAN, P.C.
Incoming Attorneys for Defendants

By: _____
    Richard S. Mandel
114 West 47th Street
New York, New York 10036-1525
(212) 790-9200

Dated: New York, New York
        December 27, 2017

DENTONS US LLP
Outgoing Attorneys for Defendants

By: _____
    Richard M. Zuckerman
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700

Dated: New York, New York  
      December 26, 2017

BC HOSPITALITY GROUP LLC

By: _____  
    David Selinger, Senior Vice President

Dated: New York, New York  
      December 26, 2017

ESQUARED HOSPITALITY LLC

By: _____  
    David Selinger, Senior Vice President

SO ORDERED this 3rd  
day of January, 2018

_____  
Edgardo Ramos  
United States District Judge