

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 1/17/2018

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

January 12, 2018

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    Soft Serve Fruit Co. LLC v. BC Hospitality Group LLC et al., 17 CV 9735 (ER)

Dear Judge Ramos:

    We represent Defendants BC Hospitality Group LLC and Esquared Hospitality LLC in the above-referenced action. We write with consent of plaintiff's counsel to request on behalf of all parties that the Court approve the enclosed stipulation and proposed order adjourning the currently scheduled preliminary injunction hearing until a date on or after April 1, 2018 at the Court's convenience and adjusting the remaining briefing schedule accordingly.

    There has been one previous jointly requested adjournment of the preliminary injunction hearing from December 27, 2017 to January 31, 2018, which was granted by the Court (Docket No. 9). The requested extension is made in order to provide the parties with sufficient time to conduct certain discovery in advance of the preliminary injunction hearing, as is more fully set out in the enclosed Stipulation and [Proposed] Order, and to explore the possibility of resolving the pending motion without the need for a hearing. Plaintiff consents to and joins in the request for an adjournment.

    Sincerely,

    */s/ Richard S. Mandel*

    Richard S. Mandel

Encl.

cc:    Plaintiff's Counsel (via ECF)

2388390v.1 31446/000

> This application is granted. The preliminary injunction hearing is hereby scheduled for April 5, 2018 at 5:00pm. The Clerk of Court is respectfully directed to terminate the motion Doc. 21. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 1/17/2018
> New York, New York