UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SOFT SERVE FRUIT CO. LLC,            :

                Plaintiff,   :   17 CV 9735 (ER)

   -against-   :

BC HOSPITALITY GROUP LLC and   :   **RULE 7.1 STATEMENT**
ESQUARED HOSPITALITY LLC,
                         :
              Defendants.
------------------------------------- x
BC HOSPITALITY GROUP LLC             :

             Counterclaimant,   :

   -against-   :

SOFT SERVE FRUIT CO. LLC,            :

           Counterclaim Defendant.   :
------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendants BC Hospitality Group LLC ("BCHG") and ESquared Hospitality LLC ("ESquared") certifies that Esquared is the parent company of BCHG and that the parent company of Esquared Hospitality LLC is ESquared Holdings LLC. There are no publicly traded companies that own 10% or more of the stock of BCHG or ESquared.

Dated: New York, New York      COWAN, LIEBOWITZ & LATMAN, P.C.
       January 23, 2018                Attorneys for Defendants

                                        By: _____
                                           Richard S. Mandel
                                           Jonathan Z. King
                                    114 West 47th Street
                                    New York, New York 10036
                                    (212) 790-9200