# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**Partners**
Ronald J. Lehrman
Richard Z. Lehv
David Ehrlich
Susan Upton Douglass
Peter J. Silverman
Lawrence Eli Apolzon
Barbara A. Solomon
Nadine H. Jacobson
Andrew N. Fredbeck
Craig S. Mende
Allison S. Ricketts
John P. Margiotta
Lydia T. Gobena
Carlos Cucurella
James D. Weinberger
David Donahue
Nancy E. Sabarra
Charles T. J. Weigell III
Laura Popp-Rosenberg
Cara A. Boyle
Karen Lim
Jason Jones
Leo Kittay

**Senior Counsel**
Janet L. Hoffman
Roger L. Zissu
Stephen Bigger

**Counsel**
James D. Silberstein
Joyce M. Ferraro
Robert A. Becker
Tamar Niv Bessinger
Nancy C. DiConza

**Associates**
Todd Martin
Sherri N. Duitz
Amanda B. Agati
Emily Weiss
Ashford Tucker
Erica Gould
Matthew Frisbee
Celadon Whitehurst
Hindy Dym
Katherine Lyon Dayton
Maritza C. Schaeffer
Jessica Vosgerchian
Robin Warren
Sean F. Harb

February 12, 2018

**BY ECF**

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court for the
    Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Re:   *Soft Serve Fruit Co. LLC v. BC Hospitality Group LLC et al.*, 1:17-cv-09735 (ER)
      (Our Ref. SOSF 1710142)

Dear Judge Ramos:

We represent Plaintiff in the above-referenced case.  We write to request a two-week extension of Plaintiff's deadline to respond to the counterclaim asserted in the Answer and Counterclaim filed by Defendants on January 23, 2018.

By operation of the Federal Rules of Civil Procedure, Plaintiff's deadline to respond to the Counterclaim is February 13, 2018.  With the requested two-week extension, the new deadline would be February 27, 2018.  There have been no previous requests for an extension, and an extension would not affect any other dates set in the proceeding.  Plaintiff requests an extension because the parties have been negotiating a potential resolution of this litigation.  Defendants consent to the extension.

We thank you for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Laura Popp-Rosenberg*

Laura Popp-Rosenberg

cc:   Richard S. Mandel, Esq., counsel for Defendants
      Jonathan Z. King, Esq., counsel for Defendants
      Barbara A. Solomon, Esq.
      Jessica Vosgerchian, Esq.