## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

SOFT SERVE FRUIT CO. LLC,

Plaintiff,

--against --

BC HOSPITALITY GROUP LLC and ESQUARED HOSPITALITY LLC,

Defendants.

Civil Action No.: 17-cv-9735(ER)

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this matter, having settled the underlying claims, hereby stipulate, by and through their undersigned counsel, to dismiss with prejudice Plaintiff's Complaint and Defendants' Counterclaim pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and attorneys' fees related to this matter.

Dated: February 26, 2018

*Attorneys for Plaintiff*

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
   Laura Popp-Rosenberg
   (lpopp-rosenberg@fzlz.com)
   Barbara A. Solomon (bsolomon@fzlz.com)
   Jessica Vosgerchian (jvosgerchian@fzlz.com)
4 Times Square, 17th floor
New York, NY  10036
Tel: (212) 813-5900

*Attorneys for Defendants*:

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
   Richard S. Mandel (rsm@cll.com
   Jonathan Z. King (jzk@cll.com)
114 West 47th Street
New York, NY  10036
Tel: (212) 790-9200

{F1443655.1 }